UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-498 (FLW) |
| | : | |
| | : | CONSENT ORDER EXCLUDING |
| v. | : | TIME UNDER THE SPEEDY |
| | : | TRIAL ACT |
| | : | |
| JOSEPH BERRY | : | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (James Kitchen, Assistant United States Attorney) and defendant Joseph Berry (Brian P. Reilly, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for 30 days from October 22, 2008 through November 21, 2008, to allow the parties to conduct plea negotiations, attempt to finalize a plea agreement and permit defense counsel an opportunity to obtain records;

and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance as signed below and waived such right, for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1) Discussions are underway and both the United States and the defendant desire additional time to negotiate a resolution of this case, which would render the filing of pretrial

motions and trial of this matter unnecessary;

2) Additional time is necessary for defense counsel to obtain medical records pursuant to 18 U.S.C. §3161(h)(1)(A);

3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the interest of the public and defendant in a speedy trial;

WHEREFORE IT IS ORDERED this 22nd day of October, 2008, that the action be continued from October 22, 2008 to November 21, 2008.

IT IS FURTHER ORDERED that the period from October 22, 2008 through November 21, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984) pursuant to 18 U.S.C. §3161.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge

_____
Joseph Berry, Defendant

_____
Brian P. Reilly, AFPD

_____
James Kitchen, AUSA

2